UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

COURT FILE NO:  CV-

| | |
|---|---|
| **DONALD HOPKINS, an individual** ) | |
| **Plaintiff** ) | |
| **v.** ) | **Case No.:  12-1018** |
| **CLIENT SERVICES, INC.** ) | |
| **a corporation** ) | |
| **Defendant** ) | |

**NOTICE OF DISMISSAL**

　　PLEASE TAKE NOTICE that Plaintiff, DONALD HOPKINS, pursuant to Rule 41 (a) (I)(i) of the Rules of the United States District Court, hereby dismisses the action captioned above, with prejudice.

　　　　　　　　　　　BY:　 Mpf8441*/s/Michael P. Forbes*
　　　　　　　　　　　　　　 Michael P. Forbes, Esquire
　　　　　　　　　　　　　　 Attorney for Plaintiff
　　　　　　　　　　　　　　 Law Office of Michael P. Forbes, PC
　　　　　　　　　　　　　　 Attorney I.D. #55757
　　　　　　　　　　　　　　 200 Eagle Road
　　　　　　　　　　　　　　 Suite 220
　　　　　　　　　　　　　　 Wayne, PA  19087
　　　　　　　　　　　　　　 (610)293-9399