IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DONALD HOPKINS : CIVIL ACTION
:
vs. :
: NO. 12-1018
CLIENT SERVICES, INC.

<u>ORDER</u>

FILED
MAY 29 2012
MICHAEL E. KUNZ, Clerk
By_____ Clerk

**AND NOW, TO WIT:** This 29th day of May, 2012, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court , it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

BY THE COURT:

_____
ROBERT F. KELLY, J.

41(b).frm